```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA

MELBA VENISON                              CIVIL ACTION

VERSUS                                     NO: 07-8473

ALLSTATE INSURANCE CO.                     SECTION: R(1)
```

### ORDER

Before the Court is defendant Allstate Insurance Co.'s unopposed motion for summary judgment. For the following reasons, defendant's motion is GRANTED.

Defendant Allstate Insurance Co. issued plaintiff homeowner's insurance policy number 921011023 covering plaintiff's New Orleans home. On August 29, 2005, Hurricane Katrina made landfall in southeast Louisiana causing damage to properties throughout the Gulf South including plaintiff's. Plaintiff's homeowner's policy was in effect when Hurricane Katrina damaged her property. Plaintiff's policy and endorsements contain coverage exclusions for flood damage and for

damage caused by "Windstorm and Hail."  Allstate argues that summary judgment is required because these provisions unambiguously exclude all damage caused by flood and wind.

Plaintiff's homeowner's policy contains a flood exclusion that is substantially identical to the exclusions the Louisiana Supreme Court and Federal Fifth Circuit held valid and unambiguous in *Sher v. Lafayette Ins. Co.*, 988 So.2d 186 (La. 2008) and *In re Katrina Canal Breaches Litig.*, 495 F.3d 191 (5th Cir. 2007).  In addition, defendant's statement that plaintiff's wind damage is also excluded under the policy is undisputed by plaintiff.  The Court notes that several sections of the Eastern District of Louisiana have held Allstate's windstorm exclusion enforceable.  *See O'Connel v. Allstate Ins. Co.*, No. 07-3316, 2008 WL 2054419 (E.D.La. 5/13/08); Pierce *v. Allstate Ins. Co.*, 542 F.Supp.2d 495 (E.D.La. 2008); *Cindass v. Allstate Ins. Co.*, No. 06-6267, 2007 WL 3172111 (E.D.La. 10/29/07).  Without a developed record or opposition from plaintiff, the Court defers to the expressed views in these cases holding Allstate's windstorm exclusion valid.  Consequently, defendant's motion for summary judgment is GRANTED.

New Orleans, Louisiana, this 9th day of December, 2008

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE